IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr102-MHT |
| PAUL RANDALL HOLLON | ) | (WO) |

ORDER

The court having received a report pursuant to 18 U.S.C. § 4244, that defendant Paul Randall Hollon "does not require inpatient hospitalization," Report (doc. no. 51), at 2, and based on the representations made on the record on February 13, 2013, it is ORDERED that sentencing for defendant Paul Randall Hollon shall resume on March 15, 2013, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

At issue will be (1) whether the court should accept the § 4244 report and (2), if so, what defendant Hollon's sentence should be.

DONE, this the 15th day of February, 2013.

                          /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE