IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.                      )<br>)<br>PAUL RANDALL HOLLON    ) | CRIMINAL ACTION NO.<br>   2:12cr102-MHT<br>      (WO) |

OPINION AND ORDER

By order entered on November 13, 2012, pursuant to the provisions of 18 U.S.C. § 4244 and § 4247, the court committed defendant Paul Randall Hollon to the custody of the Attorney General for placement in a suitable facility where he was to be committed for a psychiatric evaluation to determine whether he is suffering from a mental disease or defect that, while not rendering him incompetent to stand trial or be sentenced, required inpatient treatment in lieu of mere incarceration. <u>United States v. Hollon</u>, 2012 WL 5498002 (M.D. Ala. 2012).  On February 1, 2013, after completing their examination of Hollon, psychologists and psychiatrists at the Federal Correctional Institution at Butner, North Carolina reported to the court that Hollon "does not

require inpatient hospitalization," Report (doc. no. 51) at 2, and can "serve his sentence at any federal institution that satisfies his custody classification." Id. at 11. They also recommended that Hollon participate in "an intensive substance abuse treatment program" and that he would "benefit from cognitive behavioral individual and/or group therapy, which could focus on more prosocial behaviors, pain management skills, and anger management skills." Id.

***

Based on the above report and the evidence presented at a hearing on April 4, 2013, it is ORDERED and DECLARED that, pursuant to the provisions of 18 U.S.C. § 4244 and § 4247, defendant Paul Randall Hollon does not require inpatient hospitalization and can serve his sentence at any federal institution that satisfies his custody classification.

DONE, this the 9th day of April, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE